

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

## ORDER

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice (not participating)
Luz Elena D. Chapa, Justice

Appellant's Motion for En Banc Reconsideration of Motion for Release of Transcripts is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court